# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JASON WRIGHT, | 1:07-cv-01381-SMS-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| PLEASANT VALLEY STATE PRISON MEDICAL STAFF, et al., | (Doc. 2.) |
| | ORDER FOR CLERK TO CLOSE CASE |
| Defendants. | |

Plaintiff Fred Jason Wright ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 6, 2007, at the United States District Court for the Northern District of California. (Doc. 2.) On September 13, 2007, the case was transferred to the Eastern District of California and received at this court on September 20, 2007. (Doc. 1.) On October 1, 2007, plaintiff consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). (Doc. 5.) On May 8, 2009, this case was reassigned to the undersigned to conduct all further proceedings in this case, including entry of final judgment. (Doc. 12.)

On March 4, 2009, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and gave Plaintiff leave to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). (Doc.11.) More than two months have passed, and

1

Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), IT IS HEREBY ORDERED that:

1. This action is DISMISSED with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983; and
2. The Clerk is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   May 15, 2009**               /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE